# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DENNIS WAYNE STEPHENS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> SAFERENT SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No.: 6:23-cv-00274-PGB-RMN <br><br> **NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Dennis Wayne Stephens, Jr. ("Plaintiff") and Defendant SafeRent Solutions, LLC have settled all claims between them in this matter in principle. The parties are in the process of completing the final settlement documents and expect to file the appropriate dismissal papers within the next sixty (60) days. Plaintiff requests the Court vacate all deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

Dated*:* May 1, 2023,            **CONSUMER ATTORNEYS**

*/s/ Santiago Jorge Teran*
Santiago Jorge Teran
8245 North 85th Way
Scottsdale, AZ 85258
T: (305) 433-3252
E: steran@consumerattorneys.com

*Attorneys for Plaintiff*
*Dennis Wayne Stephens, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Sierra M. Stewart*
Sierra M. Stewart